# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * 22-MJ-6034(DEA) |
| KYSHON WILLIAMS, | * |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐  Other:

Date: 7/12/2022

Honorable Douglas E. Arpert
United States Magistrate Judge