UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Douglas E. Arpert

v.     :     Mag. No. 22-6034 (DEA)

GREGORY DEAS AND
KYSHON WILLIAMS     :     **CONTINUANCE ORDER**

This matter having come before the Court on the joint application of

Philip R. Sellinger, United States Attorney for the District of New Jersey

(by Eric Suggs, Assistant United States Attorney), and defendant Kyshon

Williams (by Mark Davis, Esq., counsel for the defendant), for an order granting

a continuance of the proceedings in the above-captioned matter from October

11, 2022 through January 8, 2023, and the defendant being aware that he has

the right to have the matter submitted to a grand jury within 30 days of the

date of his arrest pursuant to Title 18 of the United States Code, Section

3161(b), and the defendant through his attorney having consented to the

continuance, and one prior continuance having been granted by the Court;

and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be

continued for the following reasons:

1.  Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2.  Defendant has consented to the aforementioned continuance;

3.  The grant of a continuance will likely conserve judicial resources; and

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 11th day of October, 2022,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from October 11, 2022, through and including January 8, 2023;

**IT IS FURTHER ORDERED** that the period from October 11, 2022 through and including January 8, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

2

Consented and Agreed By:

*Mark G. Davis*

_____
Mark Davis
Davis Law Firm
*Counsel for Defendant*


s/ *Eric Suggs*
_____
Eric Suggs
Assistant United States Attorney